IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LISA WILLYARD, individually, and
TONY WILLYARD, minor child, by and
through his Next Friend Lisa Willyard,**

    **Plaintiffs,**

**v.**

**WAL-MART STORES, INC.,**

    **Defendant/Third-Party Plaintiff,**

**v.**

**DYNACRAFT BSC, INC.,**

    **Third-Party Defendant.**                    **Case No. 09-cv-295-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Stipulation for Dismissal (Doc. 45), filed by the Parties in this case.  The Court hereby **ACKNOWLEDGES** the Stipulation, which **DISMISSES WITH PREJUDICE** the claims made by plaintiffs Lisa Willyard, individually, and Tony Willyard, a minor, by and through his Next Friend Lisa Willyard, in their Complaint (Doc. 2, Ex. 12) against defendant/third-party plaintiff Wal-Mart Stores, Inc. ("Wal-Mart"); each Party to bear their own costs.

      The Stipulation further **DISMISSES WITH PREJUDICE** defendant/third-party plaintiff Wal-Mart's Third-Party Complaint (Doc. 2, Ex. 19),

including both Count 1 and Count 2, against third-party defendant Dynacraft BSC, Inc.; each party to bear its own costs. The case is hereby closed. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Signed this 10th day of February, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**